UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION

This document relates to:

Moori Abdul

MDL DOCKET NO. 2974
1:20-md-2974-LMM

CIVIL ACTION FILE

NO. 1:23-cv-5302-LMM

# JUDGMENT

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED WITH PREJUDICE** for Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 16th day of November, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/C. Pollard
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 16, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
Deputy Clerk